

NUMBER 13-08-00154-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

EDDIE GARCIA, Appellant,

v.

THE STATE OF TEXAS, Appellee.

On Appeal from the 319th District Court
of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela**
**Memorandum Opinion Per Curiam**

Appellant, Eddie Garcia, by and through his attorney, has filed a motion to dismiss his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rules of Appellate Procedure 42.2(a) and DISMISS the appeal. Having dismissed

the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith. Pending motions, if any, are dismissed as moot.

PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and filed
this 12th day of June, 2008.